FILED

2010 FEB 11 PM 1: 21

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| NOVELYN YLAGAN,<br>RUBEN SAPALARAN ACALA,<br>MARIELOU SAN PABLO BELMONTE,<br>JOAQUINA JUSON BULAC,<br>IRENE CERVANTES,<br>RONALD JUARIO DEL PILAR,<br>RICO DICHOSO,<br>ALBERT N. GAVIOLA,<br>ROBERTO S. GIMENO,<br>GRACE A. GONZALES,<br>GOALBERT A. GOTAUCO,<br>FRANCISCO LIM,<br>ANA LOPEZ,<br>JEANNE CABAJAR MOYA,<br>ALBERT PACIS,<br>JOCELYNE ELTAGUNDE PALLER,<br>LUIS PITOL,<br>GLADY O. SILVESTRE and<br>MARIA RHOZENIA VALENZUELA,<br><br>    Plaintiffs,<br><br>vs.<br><br>OPRYLAND HOTEL FLORIDA<br>LIMITED PARTNERSHIP,<br>    doing business as<br>    Gaylord Palms Resort and<br>    Convention Center,<br><br>    Defendant. | 6:10-cv-251-Orl-35KRS<br><br><br><br>CIVIL ACTION<br><br>No. _____ |

**COMPLAINT FOR DAMAGES, COSTS OF LITIGATION
AND ATTORNEY'S FEE**

## **INTRODUCTION**

1. This is an action by 19 individuals who were employed during November and December, 2009 at the Gaylord Palms Resort and Convention Center, operated by Defendant Opryland Hotel Florida Limited Partnership

2. The Plaintiffs seek redress for the Defendant's violations of the minimum and overtime wage provisions of the Fair Labor Standards Act, 29 U.S.C. §§201, *et seq.* ("FLSA").

3. The Plaintiffs were furnished along with other workers to Defendant Opryland Hotel Florida Limited Partnership for employment at the Gaylord Palms Resort and Convention Center through Very Reliable Services, Inc., a labor broker and employee leasing company. The Plaintiffs were paid their wages through C D Quality Services Corporation, a subsidiary of Very Reliable Services, Inc.

4. In or about November, 2009, the Plaintiffs and the other workers furnished to the Defendant through Very Reliable Services, Inc. began to experience difficulties in obtaining their wages. Initially the Plaintiffs and the other workers were issued checks by Very Reliable Services, Inc. or CD Quality Service Corporation which could not be negotiated because of insufficient funds in the payor's account. Afterwards, the Plaintiffs and the other workers furnished through Very Reliable Services, Inc. were not paid at all for their work.

5. The Plaintiffs seek restitution of the unpaid minimum and overtime wages due each of them under the FLSA, along with an award of liquidated damages for their respective unpaid minimum and overtime wages.

## JURISDICTION

6. Jurisdiction is conferred upon this Court by 29 U.S.C. §216(b), this action arising under the FLSA.

## VENUE

7. Venue is proper in this district pursuant to 28 U.S.C. §§1391(b) and (c).

## PARTIES

8. The Plaintiffs reside in either Orange or Osceola Counties, Florida. At all times relevant to this action, the Plaintiffs were employed by an enterprise engaged in commerce, within the meaning of the Fair Labor Standards Act, 29 U.S.C. §203(s)(1)(A).

9. Defendant Opryland Hotel Florida Limited Partnership, doing business as Gaylord Palms Resort and Convention Center, is a Florida limited liability corporation. The general partner of Defendant Opryland Hotel Florida Limited Partnership is Opryland Hospitality, L.L.C. of Nashville, Tennessee. Defendant Opryland Hotel Florida Limited Partnership operates the Gaylord Palms Resort and Convention Center, located at 6000 Osceola Parkway, Kissimmee, Florida. At all times relevant to this action, Defendant Opryland Hotel Florida Limited Partnership employed the Plaintiffs within the meaning of the FLSA, 29 U.S.C. §203(g).

## FACTS

10. In 2008 and 2009, Defendant Opryland Hotel Florida Limited Partnership contracted with Very Reliable Services, Inc. to furnish individuals to perform housekeeping and other jobs

at the Gaylord Palms Resort and Convention Center. The Plaintiffs were among the individuals furnished to Defendant Opryland Hotel Florida Limited Partnership by Very Reliable Services, Inc.

11. Although they were paid their wages by Very Reliable Services, Inc. or one of its subsidiaries, the Plaintiffs and the other workers furnished to Defendant Opryland Hotel Florida Limited Partnership through Very Reliable Services, Inc. were supervised and directed in their daily tasks by employees of Opryland Hotel Florida Limited Partnership and were required by Opryland Hotel Florida Limited Partnership to wear uniforms identifying them as employees of the Gaylord Palms Resort and Convention Center.

12. The Plaintiffs were employed at the Gaylord Palms Resort and Convention Center in November and December, 2009 as indicated below:

| Plaintiff | Position | Hourly wage rate |
| --- | --- | --- |
| Ruben Sapalaran Acala | Coordinator | $9.00 |
| Marielou San Pablo Belmonte | Housekeeping | $7.38 |
| Joaquina Juson Bulac | Housekeeper | $7.50 |
| Irene Cervantes | Housekeeper | $8.35 |
| Ronald Juario Del Pilar | Housekeeper | $7.38 |
| Rico Dichoso | Public space | $8.00 |
| Albert N. Gaviola | Room attendant | $7.50 |
| Roberto Gimeno | Housekeeper | $7.38 |
| Grace S. Gonzales | Housekeeper | $7.38 |
| Goalbert A. Gotauco | Housekeeper | $7.38 |
| Ferdinand Lim | Housekeeper | $7.38 |

| Ana Lopez | Housekeeper | $8.00 |
| --- | --- | --- |
| Jeanne C. Moya | Housekeeper | $7.50 |
| Albert Pacis | Housekeeper | $8.00 |
| Jocelyn E. Paller | Housekeeper | $7.50 |
| Luis Pitol | Houseman | $8.00 |
| Glady O. Silvestre | Housekeeper, steward | $8.00 |
| Maria Rhozenia Valenzuela | Housekeeper | $8.25 |
| Novelyn Ylagan | Public space | $8.00 |

13. In early November, 2009, the Plaintiffs and the other workers furnished to Opryland Hotel Florida Limited Partnership by Very Reliable Services, Inc. began experiencing difficulties in obtaining their wages. Paychecks issued to the Plaintiffs in November, 2009 by C D Quality Services Corporation, a subsidiary of Very Reliable Services, Inc. could not be negotiated because of insufficient funds in C D Qualityr's account. By December, 2009, the Plaintiffs stopped receiving paychecks altogether. This interruption in payment resulted from an investigation of Very Reliable Services, Inc. and its principals by federal agencies for possible criminal conduct.

14. The Plaintiffs have received no wages for much of their work at the Gaylord Palms Resort and Convention Center in November and December, 2009. The approximate hours of work in November and December, 2009 for which the Plaintiffs have not been paid are as follows:

| Plaintiff | Unpaid hours at regular rate of pay | Unpaid overtime hours |
|---|---|---|
| Ruben Sapalaran Acala | 200 | |
| Marielou San Pablo Belmonte | 160 | |
| Joaquina Juson Bulac | 120 | |
| Irene Cervantes | 138 | 14 |
| Ronald Juario Del Pilar | 160 | |
| Rico Dichoso | 150 | 30 |
| Albert N. Gaviola | 160 | |
| Roberto Gimeno | 225 | |
| Grace S. Gonzalez | 160 | |
| Goalbert A. Gotauco | 120 | |
| Ana Lopez | 160 | |
| Jeanne C. Moya | 150 | |
| Albert Pacis | 148 | 24 |
| Jocelyn E. Paller | 110 | |
| Luis Pitol | 120 | |
| Glady O. Silvestre | 100 | |
| Maria Rhozenia Valenzuela | 250 | 30 |
| Novelyn Ylagan | 150 | 30 |

## CLAIM FOR RELIEF

15. The Plaintiffs seek damages for the Defendant's violations of the minimum wage and overtime provisions of the FLSA during November and December, 2009.

16. The Plaintiffs reallege and incorporate by reference the allegations set forth in Paragraphs 1 through 14 of this Complaint.

17. Defendant Opryland Hotel Florida Limited Partnership. violated the minimum wage provisions of the FLSA, 29 U.S.C. §206(a), by failing to pay the Plaintiffs at least $7.25 for every compensable hour of labor performed during each workweek he or she was employed at the Gaylord Palms Resort and Convention Center during November and December, 2009.

18. Defendant Opryland Hotel Florida Limited Partnership failed to pay the Plaintiffs overtime wages as required by the Fair Labor Standards Act, 29 U.S.C. § 207(a), for the period they were employed at the Gaylord Palms Resort and Convention Center during November and December, 2009, despite the fact that several of the Plaintiffs frequently were employed in excess of 40 hours in a workweek.

19. As a consequence of the Defendant's violations of the Fair Labor Standards Act, the Plaintiffs are entitled to recover the minimum and overtime wages due each of them plus an additional equal amount in liquidated damages pursuant to 29 U.S.C. § 216(b).

## **PRAYER FOR RELIEF**

WHEREFORE, the Plaintiffs pray that this Court will enter an order:

a. Granting judgment in favor of the Plaintiffs and against Defendant Opryland Hotel Florida Limited Partnership on the Plaintiffs' Fair Labor Standards Act claims and awarding each of them the amount of his or her unpaid minimum and overtime wages, along with an equal amount as liquidated damages;

b. Awarding the Plaintiffs the costs of this action;

c. Awarding the Plaintiffs a reasonable attorney's fee; and

d.. Granting such further relief as this Court deems just and equitable.

Respectfully submitted,

_____
Gregory S. Schell
Florida Bar Number 287199
Florida Legal Services, Inc.
508 Lucerne Avenue
Lake Worth, Florida   33460-3819
Telephone:   (561) 582-3921
Facsimile:   (561) 582-4884
e-mail:   Greg@Floridalegal.Org

Attorney for Plaintiffs